IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELOPERS SURETY & INDEMNITY COMPANY, | ) ) ) | CASE NO.  1:06 CV 80 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| SKYWAY INDUSTRIAL PAINTING & CONTRACTING, INC, et al., | ) ) ) | |
| Defendants. | ) | <u>ORDER</u> |

   This case is before the Court on Defendants' Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  For the reasons set forth in this Court's Memorandum Opinion, Defendants' motion is GRANTED.  Judgment is entered jointly and severally against Defendants Skyway Industrial Painting & Contracting, Inc., George Kafas, and Emmanuel Kafas.  These defendants are liable for this Judgment jointly and severally with each other Indemnitor against whom judgment is rendered in this action.

IT IS SO ORDERED.

                         S/Donald C. Nugent
                        DONALD C. NUGENT
                        United States District Judge

DATED:  June 22, 2007